# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134487

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES HARVEY McCLENTON,
      Defendant-Appellant.

SC: 134487
COA: 277943
Kalamazoo CC: 07-000004-FH

_____/

      On order of the Court, the application for leave to appeal the June 13, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

              Clerk

p1022